# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ESTATE OF NOAH JOE STORM, by its Administrator, TONI SCADDEN; TONI SCADDEN, Individually; and BILL STORM, Individually; | |
| Plaintiffs, | No. C06-4070-DEO |
| vs. | **ORDER** |
| NORTHWEST IOWA HOSPITAL CORPORATION *dba* ST. LUKE'S REGIONAL MEDICAL CENTER; DR. JOHN DOE 1, Supervising Physician; SIOUXLAND MEDICAL EDUCATION FOUNDATION, INC.; DR. JOHN DOE 2, Senior Resident for Siouxland Medical Education Foundation; DR. JOHN DOE 3, Attending Physician for Siouxland Medical Education Foundation; THADDEUS VERNON; JEFFREY ZOELLE; and THE CRITTENTON CENTER; | |
| Defendants. | |

The defendant Thaddeus Vernon has filed a motion (Doc. No. 61) to stay proceedings in this matter until he returns from active military duty overseas. The Servicemembers Civil Relief Act, 50 App. U.S.C. §§ 501-596, "provide[s] for the temporary suspension of judicial and administrative proceedings and transactions that may adversely affect the civil rights of servicemembers during their military service." 50 App. U.S.C. § 502. Under the Act, upon application by the servicemember's counsel, the court must grant a stay of proceedings for at least ninety days "if the court determines that . . .

there may be a defense to the action and a defense cannot be presented without the presence of the defendant[.]" Such is the case here.

Accordingly, the motion is **granted**. This matter is stayed until the defendant Thaddeus Vernon returns to the district. This matter will come on for telephonic status conference on **May 12, 2009, at 10:00 a.m.**, at which time Thaddeus Vernon's counsel should be prepared to update the court and the other parties on his client's military status. In addition, counsel for Thaddeus Vernon is directed to file a notice promptly upon his client's completion of his tour of duty overseas and his return to this district.

**IT IS SO ORDERED.**

**DATED** this 12th day of February, 2009.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT